IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THOMAS W. HUSSEY,

     Appellant,

v.

UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES, AS
THE PUBLIC BODY
CORPORATE OF UNIVERSITY
OF FLORIDA, THROUGH ITS
COLLEGE OF MEDICINE -
JACKSONVILLE,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-2658

Opinion filed September 27, 2017.

An appeal from an administrative order of the University of Florida, College of Medicine - Jacksonville, Office of Educational Affairs.
Linda R. Edwards, M.D., Senior Associate for Educational Affairs, Designated Institutional Official.

Richard F. Hussey, Fort Lauderdale, for Appellant.

Ryan R. Fuller and Thomas William Young, University of Florida, Office of the General Counsel, Gainesville, for Appellee.


PER CURIAM.

Appellant seeks review of a final administrative decision of the University of

Florida, College of Medicine – Jacksonville, to terminate him from its oral and

maxillofacial surgery residency program. This decision is reviewable by petition for writ of certiorari filed with the appropriate circuit court. See Decker v. University of West Fla., 85 So. 3d 571 (Fla. 1st DCA 2012) (holding that review of quasi-judicial decision of administrative body not subject to the Administrative Procedure Act is by petition for writ of certiorari to the circuit court).

Appellant has initiated review by petition for writ of certiorari in the Eighth Judicial Circuit in and for Alachua County. Review is pending in case number 2017 CA 2390. Accordingly, Appellee's motion to dismiss, filed on July 25, 2017, is granted, and this appeal is dismissed.

LEWIS, ROWE, and RAY, JJ., CONCUR.